# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                          CASE NO.: 05-15690
THOMAS WAYNE POWERS
SS#: ▆▆▆▆▆▆▆▆

### ORDER UPON EMPLOYER DIRECTING DEDUCTIONS FROM PAY

**IT APPEARING TO THE COURT that there is now pending a certain Chapter 13 Proceeding in which the above-named DEBTOR** subjected his earnings to the jurisdiction of the Court; the **DEBTOR's** principal income is from wages, salary of commissions; and that the employer of the said **DEBTOR** is subject to such orders as may be requisite to effectuate the provisions of the plan proposed by the **DEBTOR** {with the employer being directed to pay all or any part of such income to the **TRUSTEE.**
Bankruptcy Reform Act of 1978, Title 11, Section 1325 (b)}.

**IT IS FURTHER APPEARING THAT** it is requisite to effectuate the provisions of the **DEBTOR's** plan; that the employer is directed to pay a portion of the **DEBTOR's** earnings to the Court for distribution to creditors and that such employer is:

TRANSPORT PARTS INC.
3370 FONTAINE ROAD
MEMPHIS, TN 38116

**IT IS ORDERED** that until further notice of this Court, the above-named employer is required to deduct from the **DEBTOR's** earnings and pay over to:

Locke D. Barkley
Chapter 13 Proceedings
P.O. BOX 1233
MEMPHIS, TN 38101-1233

the sum of **$195.50 WEEKLY .**

**FURTHER ORDERED,** that the <u>employer</u> shall, as of this date, cease and discontinue to pay deductions, including credit unions, of every kind except those required to be made for State or Federal Income Taxes, Insurance, Social Security contributions or union dues.

**DATED AT ABERDEEN, MISSISSIPPI on  08/26/2005**

_David W. Houston, III_

**David W. Houston III**
**BANKRUPTCY JUDGE**

L PAUL KOSSMAN
P O BOX 1263
CLEVELAND, MS 38732-1263