## THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**IN RE: THOMAS POWERS,**           **CASE NO: 05-15690**
         **DEBTOR**                **CHAPTER 13**

### ORDER MODIFYING PLAN

THIS CAUSE having come before the Court on Debtor's Motion to modify plan with the required Notice and accompanying Motion having been served on all interested parties, with the objection period having elapsed without any objections having been filed, or with the objections having been successfully resolved, and with the Court being otherwise well advised in the premises, the Court finds that said Motion is well taken and should be granted.

IT IS THEREFORE ORDERED Debtor's plan payment shall be modified to pay Snap-on Credit its remaining balance, $2,066.73, plus 8% interest plus the Trustee's fee over the remaining life of the plan.  Upon completion of the plan, Creditor will be deemed to have been paid entirely and will be obligated to cancel its lien.

IT IS FURTHER ORDERED the Trustee shall amend Debtor's wage order and disbursements accordingly.

SO ORDERED on this the 7th day of _____April_____, 2006.

David W. Houston, III

_____
DAVID W. HOUSTON III
U.S. BANKRUPTCY JUDGE

Approved:

_____
Attorney for Debtor